IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFERY ROBINSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT

Case No. 10-cv-154-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that petitioner Jeffery Robinson's motion for postconviction relief under 28 U.S.C. § 2255 is denied.

_____       4-22-10
By: [signature], Deputy Clerk             Date
Peter Oppeneer, Clerk of Court