IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,                                            ORDER

  v.                                                  10-cv-154-bbc
                                                          08-cr-153-bbc

JEFFERY ROBINSON,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    In an order entered on May 13, 2010, I told defendant that I would stay any decision on his claim that the judgment should be altered to allow him to pursue his claim that his counsel was constitutionally ineffective.  I told defendant that he should file an affidavit swearing that his counsel did not advise him of the benefits of making a statement to law enforcement so as to receive credit under the safety valve, USSG § 5C1.2.

    A month has passed and defendant has not filed an affidavit supporting his allegations about his counsel.  If defendant does not file such an affidavit by June 30, 2010, his second motion to alter the judgment entered on March 30, 2010, will be denied.

    Entered this 15th day of June, 2010.

                                                  BY THE COURT:
                                                  /s/
                                                 BARBARA B. CRABB
                                                 District Judge